UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ORTEGA, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>-v-<br><br><br>BYRD COOKIE COMPANY,<br><br>                                    Defendants. | CIVIL ACTION NO.: 22 Civ. 1811 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On March 25, 2022, Defendant Byrd Cookie Company, through Stephine Lindley, was served copies of the Summons in a Civil Action, Civil Cover Sheet, and Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City And New York City Human Rights Law.  (ECF No. 6).  On being served a summons, Defendant had twenty-one days to file an answer.  See Fed. R. Civ. P. 12.  Accordingly, Defendant had until April 15, 2022 to timely respond to the complaint.  To date, Defendant have failed to respond to the complaint.

Defendant shall have until **Monday, May 16, 2022** to timely respond.  Defendant's failure to timely respond to the Complaint may result in the entry of a Certificate of Default.  See Fed. R. Civ. P. 55(a).

Dated:    New York, New York
              April 27, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**